(Post 11/2015)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 24 2021

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

Adesuwa P. Edogun
_____
(Name of plaintiff or plaintiffs)

v.   CIVIL ACTION NO. 4:21-cv-1157-JM
(case number to be supplied by the assignment clerk)

Wal-mart Supercenter
_____

This case assigned to District Judge Moody
and to Magistrate Judge Ray

(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Adesuwa P. Edogun (name of plaintiff), is a citizen of the United States and resides at 425 Musa Ct Apt G4 LR, AR, 72211 (street address), Little Rock (city), Pulaski (county), AR (state), 72211 (ZIP), 501-295-6167 (telephone).

3. Defendant, Walmart Supercenter (name of defendant), lives at, or its business is located at 2000 John Hardin dr (street address), Jacksonville (city), Pulaski (county), Ar (state), 72076 (ZIP).

4. Plaintiff sought employment from the defendant or was employed by the

defendant at  2000   John Harden Dr   Jacksonville          ,
             (street address)                  (city)

Pulaski       ,   Ar        ,  72076       .
(county)        (state)       (ZIP)

    5.    Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about   4  20  2021  .
                                  (month) (day) (year)

    6.    Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about   4  20  2021  .
                                  (month) (day) (year)

    7.    The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on  08  25  2021  , a copy of which notice is attached to this complaint.
                          (month) (day) (year)

    8.    Because of plaintiff's (1) ✓ race, (2) ____ color, (3) ____ sex, (4) ____ religion, (5) ____ national origin, defendant:

        (a) ____ failed to employ plaintiff.

        (b) ____ terminated plaintiff's employment.

        (c) ✓ failed to promote plaintiff.

        (d) _____

_____

_____

_____

_____

    9.    The circumstances under which the defendant discriminated against plaintiff were

as follows: I have Been with Walmart Supercenter for about four years during my employment Rodney Brewer Has BlackBailed me throughout the Company I have applied for Several diffrent positions and due to my race I have not Been able to Move up withing the Company I have applied For Pharmacy Tech Tire Lube and Express I And Recently I aplied for the Vision Center

10. The acts set forth in paragraph 9 of this complaint:

    (a) ___✓___ are still being committed by defendant.

    (b) _____ are no longer being committed by defendant.

    (c) _____ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) _____ Defendant be directed to employ plaintiff, and

    (b) _____ Defendant be directed to re-employ plaintiff, and

    (c) _____ Defendant be directed to promote plaintiff, and

    (d) _____ Defendant be directed to Promote, and to stop discriminating and Retaliating against me

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_____
SIGNATURE OF PLAINTIFF

When I recently applied for the vision center on April 15, 2021, Crystal told Mark the hiring manager to not hire me for the position and when I went in there and asked Mark over at the vision center, called I apply and he told me that Wal-mart wouldn't pay for training for me, But He was currently training to Caucasion girls From the Cantrell store, and He told me that Caleb, who is Cacasion, would be Better for the position, I interviewed for the tire Lube and Express and interviewed with Jerry and Michael, But I was Blocked from that position as Well and Now Tiffany which is Caucasion white also got the position, and I asked Tia Marie did she have any open positions she said if she would offer me any positons I would be Terminated and I would not Recieve any promotions, then She Recently Hired Hannah with Full time position Benefits, with Higher pay and I opened my Availibility several times and still was not able to be moved up, Only whites or non African Americans Are able to move up quickly I tried to Apply for online grocery (OGP) and Joey who is no longer with the Company told me that Rodney Brewer told Him to Hire Externally Because I was Black and he then turned around and Hired Courtney in OGP and she is cacasion (white) as well

When I applied for the Vision Center Rodney Brewer told Courtney to Not Hire me Because I called 1-800-Walmart, so He told Her to put Lisa in the pharmacy center so that I couldn't get a chance to Learn a new Skill, and that He felt she would Be Better canidate. She stated that she could have got me certified But she wanted an all white staff in the pharmacy and thats why she chose Lisa for Rodney Brewer. And my Supervisor test Scored Higher For me to Be A Over Nigh Support manager I told I ban the current store mananger About me Being Blocked From Raises and promotions, He Said He couldn't do nothing about it So I Called 1-800-Walmart Again and I cried out Several times and they ignored all my claims and didnt try to come up with a solution so they put me Back in A Hostile environment and I ban Had me Scrubbing Floors which was out of my position He stated thats all I'm good for Besides Being a Self Checkout Host. I applied for Customer Service Full time that was Blocked as well, It was only one African American Female, But she wasn't working in Her Job code as well, I'am Mentally Exausted that I can not move up within the Company. And BLAKE AND LUKE

Blake and Luke was also promoted, within 6 months of being at the store. Luke said he was offered the position because he was white and if he didnt take the position it would make Castela look bad, and he was promoted with a "tap on the shoulder" approach. And Ebony Carter has been with the company for 13 years and she passed all her management supervisory test and she has been blocked as well she has not recieved any promotions due to race and we both have open avalibilites. Hannah also is off on nights and weekends but still got promoted to a whopping $15.00 + $8.00 hourly while I have been blocked due to my race and retalition, there is no reason for me to not be able to move up within the company due to my race I should be treated equally especially since my availability is open. I sincerly ask that this matter is dealth with and taken into consideration

Sincerly Adesuwa Edegu



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Little Rock Area Office**

820 Louisiana St., Suite 200
Little Rock, AR 72201
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Little Rock Direct Dial: (501) 900-6130
FAX (501) 324-5991
Website: www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS ENCLOSED

RE:   EEOC Charge No.:   493-2021-00762
      Charging Party:    Adesuwa Edogun
      Respondent:        Walmart

Dear Adesuwa Edogun:

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed Dismissal and Notice of Rights (Notice) in the above-referenced charge on the date reflected thereon. Specifically, on that date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded the Notice from the Portal. For your convenience, a copy of the Notice is enclosed with this letter.

Please note that if the Charging Party wants to pursue this matter further in court, Charging Party must file a lawsuit within 90 days of the date they receive the Notice. The 90-day period for filing a private lawsuit cannot be waived, extended, or restored by the EEOC.

I hope this information is helpful. If you have questions, please contact Rita Barnes by telephone at 501-900-6146 or email at rita.barnes@eeoc.gov.

Sincerely,

*Rita Barnes*

Rita Barnes
Enforcement Supervisor            08/25/2021
                                  Date Mailed

Enclosure

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Adesuwa P. Edogun<br>425 Mesa Ct Apt G4<br>Little Rock, AR 72211 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2021-00762 | Chris E. Stafford,<br>Investigator | (501) 324-5812 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*/s/ W. Cash*                                                            8/11/2021

Enclosures(s)           **William A. Cash, Jr.,**                        *(Date Issued)*
                        **Area Office Director**

cc:  **Scott Foreman
Shareholder
WALMART
C/O Littler Mendelson PLLC
2301 Mcgee St Suite 800
Kansas City, MO 64108**