IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADESUWA P. EDOGUN**                                                                      **PLAINTIFF**

**VS.**                                                  **4:21CV0001157 JM**

**WAL-MART SUPERCENTER**                                                      **DEFENDANT**

## ORDER

Pending is the Plaintiff's motion to voluntarily dismiss her case. (Docket #22). For good cause shown, the motion is GRANTED. This case is hereby dismissed without prejudice. The clerk is directed to close the case.

IT IS SO ORDERED this 1st day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE